☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

In re:    **Tyler Deshun Barner**                                        Case No.

Debtors:                                                                  Chapter 13

## CHAPTER 13 PLAN

**ADDRESS:**    (1) **2273 Belin Drive**                   (2)
                    **Memphis, TN 38133**

**PLAN PAYMENT:**
**Debtor(1)** shall pay $ **55.00**                                  (✓) weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
    ✓ **PAYROLL DEDUCTION** From:   **Hogan Personnel LLC**          OR ( ) DIRECT PAY
                                    **Schuetz Rd Suite 210**
                                    **Saint Louis, MO 63146**

**Debtor(2)** shall pay $                                            ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
    ☐ **PAYROLL DEDUCTION** From:                                     OR ( ) DIRECT PAY

**1. THIS PLAN [Rule 3015.1 Notice]:**

    (A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]            ☐ YES    ✓ NO
    (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION              ✓ YES    ☐ NO
        OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
    (C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].             ☐ YES    ✓ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** ✓ Not included in Plan; Debtor(s) to provide proof of insurance at §341meeting.

**4. DOMESTIC SUPPORT:**                                                                 Monthly Plan Payment:

                    Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:
**None**            ongoing payment begins _____                               $ _____
                    Approximate arrearage: _____

**5. PRIORITY CLAIMS:**

**-NONE-**                                         Amount _____                $ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ☐ Paid by Trustee to:

**None**            ongoing payment begins _____                               $ _____
                    Approximate arrearage: _____   Interest _____            $ _____

**7. SECURED CLAIMS:**

| [Retain lien 11 U.S.C. §1325 (a)(5)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **Royal Furniture** | 1,500.00 | 7.50 | $**31.00** |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain lien 11 U.S.C. §1325 (a)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **TitleMax of Tennessee** | 1,200.00 | 6.00 | $**24.00** |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

-NONE-                                                     Collateral:

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| Rent Memphis LLC | 1,664.00 | 0.00 | $28.00 |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

Dept of Ed/Navient        ☐ Not provided for  **OR**  ☑ General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $26,024.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐ _____ %, OR,
☑ THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

Rent Memphis LLC:                                    ☑ Assumes  **OR**  ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Arthur A Byrd Jr                                              Date April 24, 2019               .
Arthur A Byrd Jr
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**